FILED
August 19, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002865004

**2**

L.J. LOHEIT, TRUSTEE
NEIL ENMARK, #159185, attorney for Trustee
P.O. Box 1858
Sacramento, California 95812-1858
(916) 856-8000

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| IN RE: | Case No: 10-37416-E-13L |
| | DCN: NLE-1 |
| SHARION LEE WILTON, | NOTICE OF TRUSTEE'S OBJECTION TO CONFIRMATION |
| | DATE: SEPTEMBER 7, 2010 |
| | TIME: 2:00 P.M. |
| | JUDGE: SARGIS |
| Debtor(s) | COURTROOM: 33 |

NOTICE IS HEREBY GIVEN, that LAWRENCE J. LOHEIT, Standing Chapter 13 Trustee, has filed with the Court, a Trustee's Objection to Confirmation.

THE MOTION SHALL BE HEARD by the Court on SEPTEMBER 7, 2010 at 2:00 p.m., at the United States Courthouse located at 501 "I" Street, 6th Floor, Sacramento, California, in Courtroom 33.

IF YOU DO NOT WANT CONFIRMATION OF THE CURRENT PLAN TO BE DENIED, you must appear at the hearing and present your opposition.

THE HEARING MAY BE CONTINUED on the motion to such date, time, and place as the Court may order, and without additional notice to you unless so ordered by the Court.

PLAN PAYMENTS are not posted by the Trustee until four (4) business days after their receipt. You must either make your payment to the Trustee four (4) business days prior to the hearing or bring your payment to Court on the hearing date.

**NO WRITTEN OPPOSITION TO THIS MOTION IS REQUIRED PURSUANT TO GENERAL ORDER 05-03, PARAGRAPH 3(c).**

<u>**Your rights may be affected.**</u> **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you want the Court to confirm the current plan or to consider your views on the Objection to Confirmation or current plan, you should appear at the scheduled hearing and present opposition, if any, at the hearing as required under LBR 9014-1(f)(2)(iii). If needed, the Court may ask for testimony on these matters.

If you or your attorney do not take these steps, the Court may decide that you do not support confirmation of the plan, and it may deny confirmation of the plan.

Dated: AUGUST 19, 2010            /s/ Neil Enmark
                                  NEIL ENMARK, Attorney for Trustee